AO 442(Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

JAMIE NUNEZ

**WARRANT FOR ARREST**

CASE NUMBER: 05- 76 M - 3



To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JAMIE NUNEZ when and as stated in the Criminal Complaint and Affidavit which are incorporated herein by reference and bring her to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging her with (brief description of offense)

with intent to defraud, passing, uttering, and keeping in her possession counterfeited obligations of the United States, e.g., counterfeit $100 Federal Reserve notes,

in violation of Title __18__ United States Code, Section (s) __472.__

Honorable Mary Pat Thynge
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

April 18, 2005   Wilmington, DE
Date and Location

Bail fixed at $ _____

by_____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____
Jamie Nunez

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4-18-05 | /s/ William David Dison | William Lau |
| DATE OF ARREST | | |
| 4-18-05 | | |

AO 442 (Rev. 12/85) Warrant for Arrest