UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>        )<br>    Plaintiff,  )<br>        )<br>        )   CASE NO. CR 05-37-3<br>  vs.    )<br>        )<br>  Jamie Nunez    )<br>        )<br>    Defendant.  ) | |

# O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on *April 27, 2005* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *June 9, 2005*. The time between the date of this order and *June 9, 2005* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

*[signature]*
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney

CLERK
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Apr 27 11 51 AM '05

FILED