IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-37-03 JJF |
| JAMIE NUNEZ, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, the above Defendant having entered a plea of guilty to Count I of the Indictment pending against him in this Court,

IT IS HEREBY ORDERED that sentencing of the above Defendant is scheduled for **Friday, October 21, 2005 at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

July 28, 2005
DATE

UNITED STATES DISTRICT JUDGE