# LTS, P.C.

Louis T. Savino, P.C.

**Attorney at Law**
Louis T. Savino, Jr.

Suite 1516
Two Penn Center Plaza
15th & JFK Boulevard
Philadelphia, PA 19102
215.568.1300
Fax 215.568.1995

CR 05-37-3 (JJF)



October 18, 2005

Honorable Joseph Farnan
United States District Judge
United States District Court for the
District of Delaware
844 King Street
Wilmington, Delaware 19801

    Re:    <u>*United States of America vs. Jamie Nunez*</u>

Dear Judge Farnan:

    Please be advised that I represent the above defendant scheduled for sentencing on October 21, 2005 at 11:00 a.m. It is respectfully requested that the matter be scheduled for the late afternoon or in the alternative, continued as I am attached for a bench trial in the two defendant criminal matter of <u>Commonwealth of Pennsylvania vs. Jerome Pulliam</u>, et. al before the Honorable Abram Frank Reynolds - Court of Common Pleas - Philadelphia County. I have not been able to discuss my request with Beth Moskow Schnoll, Esquire.

    Any courtesies that can be extended will be greatly appreciated. Thank you in advance for Your Honor's courtesy and kind attention to the within matter.

                                Respectfully submitted,

                                ELLIOT M. COHEN

EMC:ji

cc:    Beth Moskow Schnoll, Esquire (AUSA)