IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-37-03 JJF |
| JAMIE NUNEZ, | : |
| Defendant. | : |

### O R D E R

WHEREAS, the above Defendant having entered a plea of guilty to Count I of the Indictment pending against him in this Court,

WHEREAS, per the request of Defendant's counsel, the sentencing scheduled on October 21, 2005 was postponed;

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Thursday, November 17, 2005, at 4:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

November 2, 2005
DATE

UNITED STATES DISTRICT JUDGE