*Filed in open Court on 11/17/05*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-37-JJF |
| | : | |
| JAMIE NUNEZ, | : | |
| | : | |
| Defendant. | : | |

## <u>MOTION AND ORDER TO DISMISS</u>

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to dismiss Count Four of the Indictment, as to this defendant, pursuant to a Memorandum of Plea Agreement.


COLM F. CONNOLLY
United States Attorney

BY: _____

Beth Moskow-Schnoll
Assistant United States Attorney

Dated:  November 17, 2005


**IT IS SO ORDERED** this _____17_____ day of _____November_____, 2005.

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court Judge